UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of all parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 14-2188 Caption: HENCIL CANNON V. BURLINGTON COAT FACTORY OF N.C., LLC

Pursuant to FRAP 26.1 and Local Rule 26.1,

Hencil Cannon
(name of party/amicus)

who is appellant, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ KIRK J. ANGEL Date: November 14, 2014

Counsel for: Appellant

## CERTIFICATE OF SERVICE

***************************

I certify that on November 14, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Michael L. Wade, Jr.
Ogetree, Deakins, Nash, Smoak & Stewart, P.C.
201 S. College Street
Suite 2300
Charlotte NC 28202
Telephone: 704.342.2588
Facsimile: 704.342.4379
michael.wade@ogletreedeakins.com

Stephanie A. Bruce
Alice A. Kokodis
Edwards, Wildman, Palmer LLP
111 Huntington Ave.
Boston MA 02199
Telephone: 617.239.0100
Facsimile: 617.227.4420

/s/ KIRK J. ANGEL
(signature)

November 14, 2014
(date)